# The United States District Court
# District of Puerto Rico



JOSE VELAZQUEZ HERNANDEZ     *

                         *

    PLAINTIFF,

                         *

VS.                                CV. 98-2356 (JAF)

                         *

QUALITY IMPROVEMENT PROFESSIONAL
RESEARCH ORGANIZATION, INC.     *
d/b/a QUIPRO,

                         *

    DEFENDANT.

===================================

# O-R-D-E-R

By Order of the Court, Pretrial Conference of November 24, 1999, at 12:00 noon is hereby moved for December 3, 1999 at 12:00 noon.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 23rd day of November, 1999.

                              **JOSE A. FUSTE**
                              **U.S. DISTRICT JUDGE**

**By:** _____
         **Rebecca Agostini-Viana - Deputy Clerk**