# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO




RECEIVED & FILED
99 DEC -6 AM 9:47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

JOSE VELAZQUEZ HERNANDEZ

VS.                                    CIVIL NO. 98-2356 (JAF)

QUALITY IMPROVEMENT PROFESSIONAL
RESEARCH ORGANIZATION, INC.

---

## DESCRIPTION OF MOTION

| | | |
|---|---|---|
| DATE FILED: 11/18/99 | DOCKET #: 7 | TITLE: MOTION by Jose Velazquez-Hernandez \|to Compel answer to interrogatories\| |
| [X] Plaintiff(s) | | |
| [ ] Defendant(s) | | |

---

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *See pld today - Answers have been tendered; Denied without prejudice*

12/3/99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE

10