UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

José Velasquez Hernandez

VS.                        CIVIL NO. ___98-2376___ (JAF)

Quality Improvement Prof.
Research Org. Inc.

| DESCRIPTION OF MOTION | |
|---|---|
| DATE: | |
| FILED: | DOCKET:#    Title: |
| ( )Plffs | ( )Defts |
| ( )Government | ( )Other |

RECEIVED & FILED
99 DEC -6 AM 9: 47
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

O R D E R

Proposed P.T. order approved.
Trial shall be held. April 24/2000
930 AM, the court urges the
parties to actively engage in
settlement negotiations. A report
on these, should be filed with
the court before Feb 15, 2000

jury trial
non-jury

12-3-99
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE

11