UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

JOSE VELAZQUEZ-HERNANDEZ,

Plaintiff,

v.                                               Civil No. 98-2356 (JAF)

QUALITY IMPROVEMENT
PROFESSIONAL RESEARCH
ORGANIZATION, INC., d/b/a
QIPRO,

Defendant.

## J U D G M E N T

On the basis of this court's Order subscribed today, at the margin of Docket Document No. 12, and the sealed Settlement Agreement filed by the parties, Docket Document No. 13, having been **APPROVED**, judgment is entered dismissing this case with prejudice and incorporating the terms of the Settlement Agreement herein by reference and as if set forth *in extenso*. The Settlement Agreement shall remain under seal until otherwise directed by the court.

San Juan, Puerto Rico, this 14th day of April, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge